# EXHIBIT 1

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

LESLIE J. REYNARD,

        Plaintiff,

v.

WASHBURN UNIVERSITY OF TOPEKA,

        Defendant.

Case No. 5:19-CV-04012-HLT-TJJ

## DECLARATION OF LESLIE REYNARD

1. My name is Leslie Reynard. I am 73 years old.

2. I have chronic-acute Epstein Barr virus, fibromyalgia, probable myalgic encephalomyelitis (chronic fatigue syndrome), complex migraine/ probable reversible cerebral vascular syndrome (RCVS), erosive esophagitis, and deteriorating vision in my left eye (which will require surgery) which makes driving dangerous. All of these physical conditions, other than the failing vision, result in a weakened, compromised immune system.

3. My husband is 71 years old.

4. My husband is currently undergoing chemotherapy for aggressive inoperable stage four cancer.

5. I am my husband's sole caregiver.

6. Since mid-March, we have significantly limited our contact with others.

1

7. I have improved the wifi signal in my home and am confident I could be available for a videoconference deposition.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

June 23, 2020

/s/ Leslie J. Reynard
Leslie J. Reynard

2