# EXHIBIT 2

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

LESLIE J. REYNARD,

          Plaintiff,

v.

WASHBURN UNIVERSITY OF TOPEKA,

          Defendant.

Case No. 5:19-CV-04012-HLT-TJJ

## DECLARATION OF MARK V. DUGAN

1.     I am counsel for Plaintiff Leslie Reynard.

2.     Prior to seeking a protective order to require Defendant to take depositions by videoconference, we made numerous efforts to resolve our dispute with Washburn counsel, including participating in an informal hearing with the Honorable Teresa James discussing this issue.

3.     We were unable to resolve our dispute.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

June 23, 2020

/s/ *Mark V. Dugan*
Mark V. Dugan