UNITED STATES DISTRICT COURT FOR THE DISTRICT OF KANSAS

**LESLIE J. REYNARD,**
          Plaintiff,
v.                                                                                  **LEAD CASE**
                                                                                      Case No. 19-4012-HLT
**WASHBURN UNIVERSITY OF TOPEKA,**
          Defendant.

**LESLIE J. REYNARD,**
          Plaintiff,
v.                                                                                  Case No. 19-4061-HLT

**WASHBURN UNIVERSITY OF TOPEKA,**
          Defendant.

**LESLIE J. REYNARD,**
          Plaintiff,
v.                                                                                  Case No. 20-2219-HLT

**WASHBURN UNIVERSITY OF TOPEKA,**
          Defendant.

## NOTICE OF APPEAL

Notice is hereby given that the plaintiff *pro se*, Leslie J. Reynard, appeals to the United States Court of Appeals for the Tenth Circuit from the Judgment entered on October 5, 2022, and from the Memorandum and Order also entered on October 5, 2022.

                                               Respectfully submitted,

                                               /s/Leslie J. Reynard
                                               Leslie J. Reynard, Plaintiff *pro se*
                                               791 E. 1217 Rd.
                                               Lawrence, KS  66047
                                               618-616-7379
                                               LJRvWU@protonmail.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that this document was submitted to the Court Clerk to be filed electronically this 3rd day of November 2022, thereby providing notice to:

>Susan M. Mauch, Esq.
>Cameron Bernard, Esq.
>**GOODELL STRATTON EDMONDS & PALMER LLP**
>Attorneys for Defendant
>515 S. Kansas Ave.
>Topeka, KS 66603
>
>Telephone: (785) 233-0593
>Fax: (785) 233-8870

There are no non-CM/EFC participants.

>/s/Leslie J. Reynard
>Leslie J. Reynard, Plaintiff *pro se*
>791 E. 1217 Rd.
>Lawrence, KS  66047
>618-616-7379
>LJRvWU@protonmail.com

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF KANSAS**

**LESLIE J. REYNARD,**
        Plaintiff,

v.                            **LEAD CASE**
                                Case No. 19-4012-HLT

**WASHBURN UNIVERSITY OF TOPEKA,**
        Defendant.

---

**LESLIE J. REYNARD,**
        Plaintiff,

v.                              Case NO. 19-4061-HLT

**WASHBURN UNIVERSITY OF TOPEKA,**
        Defendant.

---

**LESLIE J. REYNARD,**
        Plaintiff,

v.                              Case No. 20-2219-HLT

**WASHBURN UNIVERSITY OF TOPEKA,**
        Defendant.

## NOTICE OF APPEAL

Notice is hereby given that the plaintiff *pro se,* Leslie J. Reynard, appeals to the United States Court of Appeals for the Ienth Circuit from the Judgment entered on October 5, 2022, and from the Memorandum and Order also entered on October 5, 2022.

Respectfully submitted,

*/s/ Leslie J. Reynard*
Leslie J?keynard, Plaintiff *pro se*
791 E. 1217 Rd.
Lawrence, KS 66047
618-616-7379
LJRvWU@protonmail.com

i

## CERTIFICATE OF SERVICE

  The undersigned hereby certifies that this document was submitted to the Court Clerk to be filed electronically this 3rd day of November 2022, thereby providing notice to:

    Susan M. Mauch, Esq.
    Cameron Bernard, Esq.
    GOODELL STRATTON EDMONDS & PALMER **LLP**
    Attorneys for Defendant
    515 S. Kansas Ave.
    Topeka, KS 66603

    Telephone: (785) 233-0593
    Fax: (785) 233-8870

There are no non-CM/EFC participants.

*Leslie J. Reynard*
Leslie J. Reynard, Plaintiff *pro se*
791 E. 1217 Rd.
Lawrence, KS 66047
618-616-7379
URvWU@DrotOnmail.com