## SUPPLEMENTAL TRANSCRIPT ORDER FORM

**PART I** - To be completed by appellant within fourteen days of filing the notice of appeal.

Short Title: **REYNARD V. WASHBURN**   District Court Number: **19-cv-4012-HLT [lead case]; 19-cv-4061-HLT;** and **20-cv-02219-HLT**

District: **DISTRICT OF KANSAS**   Circuit Court Number: **22-3249. 10th Circuit Court of Appeals**

Name of **Pro Se Party**: **LESLIE J. REYNARD**   Email Address: **ljrvwu@protonmail.com**

Address: **791 E. 1217 RD., LAWRENCE, KS, 66047**   Telephone: **618-616-7379**

Attorney for: **PLAINTIFF/APPELLANT**

Name of Court Reporter: *Kimberly Greiner*

Name of Court Reporter (if ordering from more than one): _____

**PART II** - Complete SECTION A (if not ordering a transcript) or SECTION B (if ordering transcript(s)).

*SECTION A* - I HAVE NOT ORDERED A TRANSCRIPT BECAUSE
  [] A transcript is not necessary for this appeal;
  [] The necessary transcript is already on file in District Court; or
  [] The necessary transcript was ordered previously in appeal number _____

*SECTION B* - I HEREBY ORDER THE FOLLOWING TRANSCRIPT(S):
  (Specify the date and proceeding in the space below)

→ *Other Proceedings: **Docket #119 [Minute Entry] STATUS CONFERENCE** — *12-17-2021 Status conf — Kim Greiner*

  *[Audio-files only of ECF #s 65, 80, 102, 119, and 130] were previously ordered in an effort to reduce costs to the Court. Formal transcript of ECF #130 was completed and filed January 25, 2023 per Docket #'s 170, 176, and 177.]

[X] Ordering party is proceeding *in forma pauperis* and, concurrent with this Supplemental Transcript Order form, has moved the Court for its Order to have this transcript prepared at no charge to her.

IF THIS APPEAL IS PROCEEDING UNDER THE CJA PLEASE NOTE YOU MUST ALSO TAKE ALL STEPS REQUIRED IN EVOUCHER IN ORDER TO COMPLETE PAYMENT ARRANGEMENTS.

**NOTE:** Leave to proceed *in forma pauperis* does not entitle appellant to a free transcript. An order of the district court allowing payment for the transcript at government expense must be obtained. *See* 28 U.S.C. §753(f).

### CERTIFICATE OF COMPLIANCE

I certify that I have read the instructions on the reverse of this form and that copies of this transcript order form have been served on the **court reporter (if transcript ordered), the Clerk of U.S. District Court, all counsel of record or pro se parties, and the Clerk of the U.S. Court of Appeals for the Tenth Circuit.** I further certify that satisfactory arrangements for payment for any transcript ordered has been requested by motion to the District Court, based upon the ordering party's pro se / IFP status.

Signature of Attorney/**Ordering Party**: /s/ LESLIE J. REYNARD       Date: January 25, 2023

**PART III** - To be completed by the court reporter after satisfactory financial arrangements have been made. Upon completion, please file one copy with the Clerk of the U.S. Court of Appeals and one copy with the Clerk of the U.S. District Court.

Date arrangements for payment completed: *1-27-2023*
Estimated completion date: *2-27-~~February~~ 2023*
Estimated number of pages: *65*

I certify that I have read the instructions on the reverse side and that adequate arrangements for payment have been made.

Signature of Court Reporter: *Kimberly K. [signature]*       Date: *1-30-2023*